IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MUKESHKUMAR PATEL, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CV-00020 (WLS) |
| ALEJANDRO MAYORKAS, Secretary Of Department of Homeland Security, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Before the Court is Stipulation of Dismissal (Doc. 4), filed by Defendants on March 31, 2023, and signed by both Parties. Therein, Parties state that they stipulate to the dismissal of this action, with each party to bear its own attorney's fees and costs.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Dismissal (Doc. 4) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiffs' claims pending against Defendants are **DISMISSED** with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this  5th  day of April 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**