IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MUKESHKUMAR PATEL, et al, | * |
| Plaintiffs, | * |
| v. | Case No.  7:23-CV-20(WLS) |
| | * |
| ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk